PER CURIAM.
AFFIRMED. See Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Duna v. Duna, 707 So.2d 432 (Fla. 5th DCA 1998); Wolfson v. Unemployment Comm., 649 So.2d 363 (Fla. 5th DCA 1995); Parlier v. Eagle-Pictier Industries, Inc., 622 So.2d 479 (Fla. 5th DCA 1993); Pape v. Pape, 444 So.2d 1058 (Fla. 1st DCA 1984); Levine v. Arvida Corp., 405 So.2d 1370 (Fla. 4th DCA 1981); Robinson v. Bailey, 370 So.2d 46 (Fla. 1st DCA 1979).
COBB, W. SHARP and THOMPSON, JJ., concur.